# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| JANICE RUTH BARHAM,<br><br>                    Plaintiff,<br><br>v.<br><br>PETSMART LLC,<br><br>                    Defendant. | Civil Action File No.:<br>7:25-cv-00127-WLS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Janice Ruth Barham and Defendant PetSmart, LLC, by and through their respective counsel of record, and jointly submit this Stipulation of Dismissal pursuant to F.R.C.P. 41 (a)(1)(A)(ii). The parties stipulate that all claims are due to be dismissed with prejudice. In connection therewith, each party shall bear its own respective costs, attorney's fees, and expenses.

This 11th day of May 2026.

Respectfully submitted,

FASIG BROOKS

SO ORDERED this _1 8th_ day
of _May, 2026_.

_/s/ Ryan P. Molaghan_

W. Louis Sands, Sr. Judge
United States District Court

Ryan P. Molaghan, Esq.
Georgia Bar No.: 119780
*Attorneys for Plaintiff*

- 2 -

FASIG BROOKS
3522 Thomasville Road, Suite 200
Tallahassee, FL 32309
Phone: (850) 777-7777
ryan@fasigbrooks.com
susan@fasigbrooks.com

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Erica L. Morton*
Erica L. Morton, Esq.
Georgia Bar No.: 140869
Brianna S. Tucker, Esq.
Georgia Bar No.: 109297
*Attorneys for Defendant*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
erica.morton@swiftcurrie.com
brianna.tucker@swiftcurrie.com
haley.clemans@swiftcurrie.com

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

JANICE RUTH BARHAM,

           Plaintiff,

v.

PETSMART LLC,

           Defendant.

Civil Action File No.:
7:25-cv-00127-WLS

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Erica L. Morton, Esq.
Brianna S. Tucker, Esq.
SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
erica.morton@swiftcurrie.com
brianna.tucker@swiftcurrie.com

*(Signature on following page)*

- 3 -

This 11th day of May 2026.

Respectfully submitted,

FASIG BROOKS

*/s/ Ryan P. Molaghan*
Ryan P. Molaghan, Esq.
Georgia Bar No.: 119780
*Attorneys for Plaintiff*

FASIG BROOKS
3522 Thomasville Road, Suite 200
Tallahassee, FL 32309
Phone: (850) 777-7777
ryan@fasigbrooks.com
susan@fasigbrooks.com

- 4 -